EX. A

## THE ROMANO LAW FIRM

| Elyria Office | Cleveland Office | Columbus Office |
|---|---|---|
| 300 4th Street | 50 Public Square | 3455 Mill Run Drive, Suite 311 |
| Elyria, OH  44035 | 400 Terminal Tower | Hilliard, OH  43026 |
| | Cleveland, OH  44113 | |
| Ph:    440-328-3177 | | Ph:       614-850-0777 |
| | Ph:       216-621-7777 | Fax:      614-850-0778 |
| Anthony & Keri Dillon | Fax:      216-621-7780 | January 19, 2011 |
| | Toll Free: 1-877-621-7774 | |

File #:    103960
**Attention:**            Inv #:      4501

RE:     BAPCPA Chapter 13

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-06-10 | Initial consultation. | 1.30 | 0.00 | JMR |
| Aug-23-10 | Petition preparation. | 3.60 | 720.00 | JMR |
| Aug-30-10 | Client Meeting; petition signing. | 1.90 | 380.00 | JMR |
| | Upload and file petition, plan, credit counseling certificates, etc.; prepare wage order to client's employer. | 0.50 | 100.00 | JMR |
| Aug-31-10 | Scan pay advices and tax returns and forward to Ch. 13 Trustee via email. | 0.50 | 100.00 | JMR |
| | Draft autostay motions for 7 pending suits/garnishments, prepare cover letters to courts and service to opposing counsel. | 2.70 | 540.00 | JMR |
| Sep-17-10 | Finalize and file proposed wage order to court. | 0.20 | 40.00 | JMR |
| | Prepare letter to client reporting 341 Meeting of Creditors hearing and Debtor Orientation meeting. | 0.20 | 40.00 | JMR |
| Oct-06-10 | Attendance at 341 Meeting of Creditors hearing. | 2.10 | 420.00 | JMR |
| Oct-15-10 | Draft and file Notice of Amended B22C and Amended B22C | 0.60 | 120.00 | JMR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Nov-16-10 | Attendance at confirmation hearing; discussed changes to Sch. D for confirmation. Confirmation adjourned to research tax issue and amend, if required. | 1.00 | 200.00 | JMR |
| Dec-14-10 | Receipt and review of Creditor The Cadle Company Request for Notice; additions/revisions to schedules to include/correct creditor information as a party to case; review POC for verification. | 0.30 | 60.00 | JMR |
| Dec-15-10 | Draft Notice of Amended Schedule D and Amended Schedule D. | 0.30 | 60.00 | JMR |
| Dec-21-10 | Attendance at confirmation hearing. Confirmation adjourned to 1/18. | 1.00 | 200.00 | JMR |
| | Totals | 16.20 | $2,980.00 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Aug-30-10 | Chapter 13 Filing Fee | 274.00 |
| Oct-15-10 | Client Cost - pacer | 0.40 |
| | Totals | $274.40 |

| | |
|---|---|
| **Total Fee & Disbursements** | $3,254.40 |
| Retainers Applied | 774.00 |
| **Balance Now Due** | $2,480.40 |

TAX ID Number     35-2204889

## PAYMENT DETAILS

| Date | Description | Amount |
|---|---|---|
| Aug-06-10 | Chapter 13 Fee | 500.00 |
| Aug-30-10 | Chapter 13 Filing Fee | 274.00 |
| | **Total Payments** | **$774.00** |